# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL MISSAVAGE,<br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>    Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION 3:08CV-580-WDS-DGW<br>)<br>)<br>) |

## ORDER GRANTING AGREED MOTION FOR
## REMAND UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g)

Upon Agreed Motion by the parties, the request for remand under sentence four of 42 U.S.C. § 405(g) is hereby **GRANTED.** On remand, the administrative law judge will further evaluate the evidence concerning thoracic outlet syndrome, including thoracic outlet syndrome from neurogenic and/or vascular causes, and evaluate the opinions of Dr. Kaeling and Dr. Leung. If the administrative law judge finds that the Plaintiff does not have neurogenic or vascular thoracic outlet syndrome, a rationale will be provided. If the administrative law judge rejects any portion of the opinion of Dr. Kaeling or Dr. Leung, a rationale will be provided. The Plaintiff will have the opportunity to update the medical record and the administrative law judge will conduct a new hearing. If necessary, the administrative law judge will further evaluate Plaintiff's residual functional capacity and/or obtain additional vocational evidence.

IT IS SO ORDERED.

DATED: February 10, 2009

                                                                          s/*WILLIAM D. STIEHL*
                                                                          DISTRICT JUDGE