# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL MISSAVAGE, )<br>    Plaintiff, )<br>v. )<br>  )<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF )<br>SOCIAL SECURITY, )<br>    Defendant. ) | **CIVIL ACTION 3:08CV-580-WDS-DGW** |

## ORDER GRANTING AGREED MOTION FOR
## ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Upon Agreed Motion by the parties, the request to award Plaintiff $1,500.00 (one thousand five hundred dollars) under the Equal Access to Justice Act is hereby **GRANTED.** As further requested by the parties, the payment shall be mailed to the office of Plaintiff's attorney, Kenneth D. Rose, at 200 South Street, Anna, Illinois, 62906.

IT IS SO ORDERED.

DATED: February 10, 2009

                                                     s/*WILLIAM D. STIEHL*
                                                   DISTRICT JUDGE